# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Petty Offense)** |
| v. | CASE NUMBER: 06-7120M |
| KENNETH GREEN | Pro se |

**THE DEFENDANT:**

Pleaded guilty to Possession of Drug Paraphernalia, Count One of the Information filed on August 16, 2006.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| CRS 18-18-428 | Possession of Drug Paraphernalia | 6/21/2006 | 1 |

    The defendant is sentenced as provided in this judgment and conclusions made in open court. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

August 16, 2006
Date of Imposition of Judgment

s/Michael J. Watanabe
Signature of Judicial Officer

Michael J. Watanabe
U.S. Magistrate Judge
Name & Title of Judicial Officer

September 25, 2006
Date

06-po-07120
Kenneth Green
August 16, 2006
Sentence
Page 2                              **MONETARY OBLIGATIONS**

    The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $5.00 | $100.00 | |
| **TOTALS** | $5.00 | $100.00 | $0.00 |

    Fines and costs shall be paid on or before September 15, 2006.

    Interest on the fine will be waived, upon the court's finding that the defendant does not have the ability to pay interest.

    Defendant shall complete Level I Drug/Alcohol Awareness Class and shall bear the expense of same and shall provide proof of completion to the government counsel.